

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

Qiana Smith-Williams
*Senior Counsel*
qwilliam@law.nyc.gov
(212) 356-2360
(212) 788-9776 (fax)

September 10, 2014

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Javier Jones v. City of New York, et al.</u>
     14-CV-4550 (BMC)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendant City of New York in the above-referenced matter. Defendant writes to inform the Court that the parties have reached a settlement in principle. Accordingly, defendant respectfully requests that the initial conference presently scheduled for September 12, 2014, be adjourned without date. Defendants will submit a Stipulation and Order of Dismissal for Court endorsement upon execution of the settlement documents by all parties.

  Thank you for your consideration herein.

              Respectfully submitted,

              /s/

              Qiana Smith-Williams
              Senior Counsel

cc: <u>By ECF</u>
   Ugo Uzoh, Esq.
   *Attorney for Plaintiff*