

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Qiana Smith-Williams
*Senior Counsel*
qwilliam@law.nyc.gov
(212) 356-2360
(212) 788-9776 (fax)

September 26, 2014

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Javier Jones v. City of New York, et al.
     14-CV-4550 (BMC)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendant City of New York in the above-referenced matter. Attached please find a duly executed Stipulation and Order of Dismissal for Court endorsement and filing.

  Thank you for your consideration herein.

                Respectfully submitted,

                Qiana Smith-Williams
                Senior Counsel

cc: By ECF
   Ugo Uzoh, Esq.
   *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JAVIER JONES,

                                                Plaintiff,

                  -against-

THE CITY OF NEW YORK, P.O. JACOBO ROSARIO [TAX
REG. # 946192], and JOHN DOE AND JANE DOE #1-2 (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),

                                              Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-4550 (BMC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and



2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

UGO UZOH, P.C.
*Attorney for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, New York 11217
718-874-6045

By: _____
Ugo Uzoh, Esq.
*Attorney for Plaintiff*

Dated: New York, New York
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendant City*
100 Church Street, Rm. 3-192
New York, New York 10007

By: _____
Qiana Smith-Williams
*Senior Counsel*

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE